IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JAMELL M. COOPER,**

    *Plaintiff*,

v.                                                                  Case No.: 4:23cv91-MW/MJF

**A. COOPER,**

    *Defendant*.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 43. This Court has also considered, without hearing, Plaintiff's *pro se* "motion for clarity," ECF No. 42, in which Plaintiff asks for "a reasonable time projection on when an order will be entered," with respect to the pending motion to dismiss. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 43, is **accepted and adopted** as this Court's opinion. Defendant Cannon's motion to dismiss, ECF No. 34, is **GRANTED**. Plaintiff's motion for clarity, ECF No. 42, is **DENIED as moot.** The

Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** **f**or failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on November 13, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
