IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMELL M. COOPER,

    *Plaintiff*,

v.                                                                    Case No.: 4:23cv91-MW/MJF

A. COOPER,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 43, and has also reviewed *de novo* Plaintiff's objections, ECF No. 52. Plaintiff's objections reiterate arguments that Plaintiff previously made in response to the motion to dismiss, and which the Magistrate Judge properly addressed in the Report and Recommendation. Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 43, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Defendant Cannon's motion to dismiss, ECF No. 34, is **GRANTED**. Plaintiff's motion for clarity, ECF No. 42, is **DENIED as moot.** The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to state a claim upon which relief may be granted." The

Clerk shall close the file.

      **SO ORDERED on January 17, 2025.**

                              <u>s/Mark E. Walker</u>
                              **Chief United States District Judge**